UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

WESTERN WATERSHEDS PROJECT,

Plaintiff,

v.

DANIEL ASHE, Director, and UNITED STATES FISH AND WILDLIFE SERVICE, an agency of the United States,

Defendants.

Case No. 4:11-CV-00462-EJL-REB

JUDGMENT

Consistent with the Memorandum Decision and Order, entered herewith, and the Court being fully advised in the premises;

**IT IS ORDERED, ADJDUGED AND DECREED** that Plaintiff take nothing and Judgment shall be entered in favor of Defendants and Defendant-Intervenor. This case is hereby closed.

DATED: June 4, 2013

Edward J. Lodge
United States District Judge